UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Annette Mattia , ; Floyd Mattia , ; Mitchell Mattia , ; Fred Mattia , ; Delores Heredria , ; Ariel Mattia , ; Raymond Mattia, Jr. , ; Estate of Raymond Mattia , ;

**Defendant(s):** United States of America , ; Doe CBP Officers 1-30 , ;

County of Residence: Pima

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Pima

**Plaintiff's Atty(s):**

**Marcus S. Bourassa ,**
McKenzie Scott, PC
1350 Columbia Street, Suite 600
San Diego, CA  92101
619-794-0451

**Timothy A. Scott ,**
McKenzie Scott, PC
1350 Columbia Street, Suite 600
San Diego, CA  92101
619-794-0451

**Ryan W. Stitt ,**
Stitt Vu Trial Lawyers
185 W F Street, Suite 100-K
San Diego, CA  92101
619-255-0553

**Tommy H. Vu ,**
Stitt Vu Trial Lawyers
185 W F Street, Suite 100-K
San Diego, CA  92101
619-255-0553

**Defendant's Atty(s):**

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

II. Basis of Jurisdiction: **2. U.S. Government Defendant**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- N/A

Defendant:- N/A

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **440 Other Civil Rights**

VI. Cause of Action: **28 U.S.C. §§ 1346, and 2671-80. Assault, Battery, Negligence, Wrongful Death, Intentional Infliction of Emotional Distress.**

VII. Requested in Complaint

Class Action: No

Dollar Demand:

Jury Demand: Yes

VIII. This case **is not related** to another case.

**Signature:** s/Timothy A. Scott

**Date:** May 16, 2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014