Timothy A. Scott
California State Bar No. 215074
E: TScott@McKenzieScott.com
Marcus S. Bourassa
California State Bar No. 316125
E: MBourassa@McKenzieScott.com
McKENZIE SCOTT, PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

RYAN W. STITT
California State Bar No. 273651
TOMMY H. VU
California State Bar No. 273760
STITT VU TRIAL LAWYERS APC
185 W F St., Ste. 100-K
San Diego, California 92101
Telephone: (619) 255-0553
rstitt@stittvu.com
tvu@stittvu.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Annette Mattia; Floyd Mattia; Mitchell Mattia; Fred Mattia; Delores Heredria; Ariel Mattia; and Raymond Mattia Jr., in their individual capacities and on behalf of the Estate of Raymond Mattia,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America; Scott Whitehouse; Dan Sifuentes; Ivan Torralva; Doe Border Patrol Agents 4-30, individually and in their official capacities, inclusive,<br><br>Defendants. | Case No.: 4:24-cv-00252-TUC-RM<br><br>**PLAINTIFFS' PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANTS SCOTT WHITEHOUSE, DAN SIFUENTES, AND IVAN TORRALVA**<br><br>Hon. Rosemary Marquez |

*Estate of Raymond Mattia, et al. v. United States of America, et al.*
USDC Case No.: 4:24-cv-00252-RM

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 1350 Columbia Street, Suite 600, San Diego, CA 92101.

On December 13, 2024, I served the following documents:

**PLAINTIFFS' FIRST AMENDED COMPLAINT;**

**SUMMONS TO DEFENDANT DAN SIFUENTES;**

**SUMMONS TO DEFENDANT SCOTT WHITEHOUSE; and**

**SUMMONS TO DEFENDANT IVAN TORRALVA,**

on all interested parties in this action via:

| | |
|---|---|
| Dan Sifuentes<br>c/o Jonathan Myers<br>Trial Attorney, Constitutional Torts Staff<br>U.S. Department of Justice, Civil Division<br>T: 202-305-8049<br>E: Jonathan.R.Myers@usdoj.gov | Dan Sifuentes<br>c/o Jonathan Myers, Attorney for Defendants Scott Whitehouse, Dan Sifuentes, and Ivan Torralva |
| Scott Whitehouse<br>c/o Jonathan Myers<br>Trial Attorney, Constitutional Torts Staff<br>U.S. Department of Justice, Civil Division<br>T: 202-305-8049<br>E: Jonathan.R.Myers@usdoj.gov | Scott Whitehouse<br>c/o Jonathan Myers, Attorney for Defendants Scott Whitehouse, Dan Sifuentes, and Ivan Torralva |
| Ivan Torralva<br>c/o Jonathan Myers<br>Trial Attorney, Constitutional Torts Staff<br>U.S. Department of Justice, Civil Division<br>T: 202-305-8049<br>E: Jonathan.R.Myers@usdoj.gov | Ivan Torralva<br>c/o Jonathan Myers, Attorney for Defendants Scott Whitehouse, Dan Sifuentes, and Ivan Torralva |

( )  **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | | |
|---|---|---|
| 1 | (X) | **BY ELECTRONIC MAIL (E-MAIL)**: served and transmitted via electronic mail to the electronic notification addresses as indicated above on this Proof of Service. |
| 2 | | |
| 3 | (X) | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 4 | | Executed on December 13, 2024, at San Diego, California. |

*[signature]*

Bianca Perez