TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GABRIEL A. PERAZA
Assistant U.S. Attorney
Arizona State Bar No. 027428
J. COLE HERNANDEZ
Assistant U.S. Attorney
Arizona State Bar No. 018802
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: gabriel.peraza@usdoj.gov
　　　　cole.hernandez@usdoj.gov
*Attorneys for Defendant*
*United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Annette Mattia, et. al., | CV-24-00252-TUC-RM |
|---|---|
| Plaintiffs, | **DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF JOINDER IN REPLY IN SUPPORT OF MOTION TO STAY FILED BY DEFENDANTS DAN SIFUENTES, IVAN TORRALVA AND SCOTT WHITEHOUSE** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Defendant United States of America (the "United States") hereby gives notice to the Court that it joins in the reply in support of motion to stay (Doc. 52) filed by defendants Dan Sifuentes, Ivan Torralva, and Scott Whitehouse. For the reasons set forth in the motion and reply, the United States respectfully requests the Court stay this entire action, including claims against the United States, pending resolution of the individual defendants' interlocutory appeal (Doc. 44) to the U.S. Court of Appeals for the Ninth Circuit from the Court's Order (Doc. 36).

//

//

//

Dated: October 16, 2025.

> TIMOTHY COURCHAINE
> United States Attorney
> District of Arizona
>
> *s/Gabriel A. Peraza*
> GABRIEL A. PERAZA
> J. COLE HERNANDEZ
> Assistant U.S. Attorneys
> *Attorneys for Defendant*
> *United States of America*