## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Annette Mattia, et al., | No. CV-24-00252-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation and Joint Motion for Entry of Amended Scheduling Order. (Doc. 64.)  The parties request an approximately six-month extension of all pending deadlines due to the extensive discovery involved in this case, the pending interlocutory appeal filed by the individual Defendants, and counsel's obligations in other cases. (*Id.*)  The Court generally does not consider counsel's obligations in other cases to constitute good cause for extensions of time.  However, given the nature of this case and the extensive discovery involved, the Court will grant the parties' stipulated request for an extension of time.

**IT IS ORDERED** that the parties' Stipulation and Joint Motion for Entry of Amended Scheduling Order (Doc. 64) is **granted**, as follows:

1. The deadline for disclosure of Plaintiff's initial expert testimony is **January 8, 2027**.

2. The deadline for disclosure of Defendant United States of America's initial expert testimony is **February 12, 2027**.

3. The deadline for the disclosure of rebuttal expert testimony is **March 26, 2027**.

4. All discovery shall be completed on or before **April 30, 2027**.

5. Summary judgment motions shall be filed on or before **June 4, 2027**.

6. The deadline to file a Joint Settlement Status Report is **June 18, 2027**.

7. The parties shall file a Joint Proposed Pretrial Order within **thirty (30) days** after resolution of motions for summary judgment or, if no such motions are filed, on or before **June 11, 2027**.

8. All other provision of the Court's December 12, 2025 Scheduling Order (Doc. 56) remain in full force and effect.

Dated this 17th day of July, 2026.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -