**RYAN W. STITT**
California State Bar No. 273651
**TOMMY H. VU**
California State Bar No. 273760
**STITT VU TRIAL LAWYERS APC**
185 W F St., Ste. 100-K
San Diego, California 92101
Telephone: (619) 255-0553
rstitt@stittvu.com
tvu@stittvu.com

**TIMOTHY A. SCOTT**
California State Bar No. 215074
**MARCUS S. BOURASSA**
California State Bar No. 316125
**MCKENZIE SCOTT PC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
tscott@mckenziescott.com
mbourassa@mckenziescott.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ANNETTE MATTIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 24-CV-252-TUC-RM<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**<br><br>Hon. Rosemary Marquez |

COMES NOW undersigned counsel, Ryan W. Stitt, and hereby declares under the penalty of perjury as follows:

1. I am counsel for Plaintiffs in the above-captioned matter.
2. I make this declaration in support of Plaintiffs' motion to compel.
3. Defendants document production in connection with its initial disclosures were not served on Plaintiffs until approximately the end of February 2026. The Defendants put the records in the mail on February 20, 2026,

and they arrived several days later.

4. The written discovery requests at issue in this motion to compel were served on Defendants on May 15, 2026.
5. I communicated with Defense counsel multiple times via email and on the phone regarding the written discovery requests. Defense counsel requested multiple extensions, and he agreed to try his best to provide advance notice of legal objections to the discovery responses so that Plaintiffs could initiate a motion to compel with the Court without delay. No advance notice of legal objections was provided.
6. Defendants served their written discovery responses on September 17, 2026 and the newly produced records arrived several days later in the mail.
7. I served a meet and confer letter regarding the discovery responses on Defense counsel on October 5, 2026. *See* Exhibit A.
8. To date, Defense counsel has not responded in writing to the October 5 letter.
9. Plaintiffs' counsel and Defense counsel met and conferred over video conference on October 14, 2026.
10. During the meet and confer call, Defense counsel agreed that none of the SROGS were verified, and he agreed to provide verifications to SROG's 1, 2 and 8, but declined to verify the remainder of the responses.
11. Defense counsel broadly asserted that providing a verified response to the remaining SROG's was too burdensome, and he further argued that each government employee or agent he was required to speak with to obtain a verification constituted a separate interrogatory. By that math, since approximately 12 agents were present when Mr. Mattia was killed, Defense counsel's position is that a single interrogatory that required

inquiry of the 12 present agents would effectively constitute half of the 25-interrogatory limit in the rule. Defense counsel cited the plain text of Rule 33 for support, and he provided no case authority for that legal position when asked.

12. Plaintiffs counsel discussed each RFA, RFP and SROG answer that is raised in the motion to compel with Defense counsel in an effort to reach agreement or to resolve objections. The United States declined to amend any of the responses raised in this motion to compel.

Dated: October 22, 2026

Respectfully submitted,

*s/ Ryan W. Stitt*
Ryan W. Stitt