UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

ANNETTE MATTIA, et al.

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 24-CV-252-TUC-RM

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**

Hon. Rosemary Marquez

Plaintiffs' Motion to Compel is **GRANTED**. Within **21 days** of this Order, Defendant United States shall: (1) verify all substantive interrogatory answers; (2) serve complete, verified supplemental answers to Interrogatories Nos. **7 and 9** after reasonable inquiry of the relevant agents; (3) serve amended responses to Requests for Admission Nos. **8, 9, 10, 12, and 13** complying with Rule 36(a)(4); and (4) supplement its responses to Requests for Production Nos. **2, 4, 16, 19, and 21** and produce responsive, nonprivileged records within its possession, custody, or control after a reasonable search.

The United States shall pay Plaintiffs' reasonable expenses, including attorney's fees, under Rule 37(a)(5)(A). Plaintiffs shall file a supported fee application within 14 days; the United States may respond within 14 days thereafter.

//

//

//

//

The parties shall submit proposed scheduling amendments within 14 days to accommodate the ordered discovery and necessary depositions.

Dated:

Hon. Rosemary Marquez
United States District Court Judge